**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED "MOE" DIAB, et al<br><br>Defendant. | )<br>)<br>)    No.  21-cr-10250-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance in the above-captioned case as counsel for the United States.

I am admitted to and authorized to practice in this court.

Dated:  4/14/2025

Respectfully submitted,

MARGARET MOESER
Chief
Money Laundering and Asset Recovery Section
Department of Justice

By:    */s/ Elysa Wan*
        Elysa Wan
        Trial Attorney
        MA BBO # 569231
        Tel: (202) 897-8207
        Elysa. Wan2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  4/14/2025        By:    */s/ Elysa Wan*
                                   Elysa Wan